Certificate Number: 05781-CAE-DE-041599372

Bankruptcy Case Number: 26-14248

05781-CAE-DE-041599372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2026, at 11:15 o'clock PM PDT, Alfonso Pedroza completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: October 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President